David S. Aman, OSB No. 96210
Caroline Harris Crowne, OSB No. 02131
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2099
Telephone:     (503) 802-2043 (d.d. Aman)
Facsimile:     (503) 972-3753 (Aman)
Telephone:     (503) 802-2056 (d.d. Harris Crowne)
Facsimile:     (503) 972-3756 (Harris Crowne)
E-Mail:        davida@tonkon.com (Aman)
E-Mail:        charriscrowne@tonkon.com (Harris Crowne)

    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DUNN & FENLEY, L.L.C. doing business as K DUNN & ASSOCIATES,<br><br>    Plaintiff,<br><br>  vs.<br><br>RONALD L. ALLEN, an individual and ALLEN EYE CARE ASSOCIATES, S.C., a Wisconsin service corporation,<br><br>    Defendants. | Civil No. CV 02 –1750 JE<br><br>**PROPOSED VERDICT FORM** |

Page 1 – PROPOSED VERDICT FORM

Defendants Ronald L. Allen and Allen Eye Care Associates, S.C. ("Defendants") request that the following verdict form be submitted to the jury.

DATED this 4th day of April, 2007.

TONKON TORP LLP


By /s David S. Aman
    DAVID S. AMAN, OSB No. 96210
    CAROLINE HARRIS CROWNE, OSB No. 02131
    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Answer the following questions based on your findings from a preponderance of the evidence:

### **BREACH OF CONTRACT**

### DEFENDANTS ALLEN EYE CARE ASSOCIATES AND RONALD ALLEN, M.D.

1.  Did plaintiff K Dunn & Associates suffer damages as a result of defendants' breach of contract?

    ANSWER:   YES _____   NO _____

    If you answered yes, how much? $ _____

### **COPYRIGHT INFRINGEMENT**

### DEFENDANT ALLEN EYE CARE ASSOCIATES

2.  Did plaintiff K Dunn & Associates suffer actual damages as a result of defendant Allen Eye Care Associates' copyright infringement?

    ANSWER:   YES _____   NO _____

    If you answered yes, how much? $ _____

3.  Is plaintiff K Dunn & Associates entitled to recover any profits in addition to actual damages from defendant Allen Eye Care Associates?

    ANSWER:   YES _____   NO _____

    If you answered yes, how much? $ _____

4.  Did defendant Allen Eye Care Associates willfully infringe plaintiff K Dunn & Associates' copyright?

ANSWER:    YES _____    NO _____

5. How much do you award against defendant Allen Eye Care Associates in statutory damages for copyright infringement?    $ _____

### DEFENDANT RONALD ALLEN, M.D.

6. Did K Dunn & Associates suffer actual damages as a result of defendant Ronald Allen, M.D.'s copyright infringement?

ANSWER:    YES _____    NO _____

If you answered yes, how much? $ _____

7. Is K Dunn & Associates entitled to recover any profits in addition to actual damages from defendant Ronald Allen, M.D.?

ANSWER:    YES _____    NO _____

If you answered yes, how much? $ _____

8. Did defendant Ronald Allen, M.D. willfully infringe plaintiff K Dunn & Associates' copyright?

ANSWER:    YES _____    NO _____

9. How much do you award against defendant Ronald Allen, M.D. in statutory damages for copyright infringement?    $ _____

SO SAY WE ALL.

_____
Presiding Juror

Page 4 – PROPOSED VERDICT FORM

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing PROPOSED VERDICT FORM on:

Kenneth R. Davis, II, Esq.
Lane Powell Spears Lubersky
2100 ODS Tower
601 S.W. Second Avenue
Portland, Oregon  97204-3158

by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

DATED this 4th day of April, 2007.

> TONKON TORP LLP
>
> By */s David S. Aman*
> DAVID S. AMAN, OSB No. 96210
> CAROLINE HARRIS CROWNE, OSB No. 02131
> Attorneys for Defendants

Page 1 - CERTIFICATE OF SERVICE